UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IZZEDDIN AHMED ABDULGHAFFAR
DAGHRA,

    Petitioner,

v.

STEVE HINKLEY, et al.,

    Respondents.

_____/

Case No. 1:26-cv-1429

Hon. Hala Y. Jarbou

## **ORDER**

This is a habeas corpus action brought by an individual detained by United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's detention.  An immigration judge granted Petitioner's bond request on February 11, 2026, but the Government appealed the bond order and stayed Petitioner's release pending appeal.  *See* 8 C.F.R. § 1003.19(i).  Generally, such a stay lasts 90 days unless extended by the Board of Immigration Appeals.  *See* 8 C.F.R. § 1003.6(c)(4).  Because more than 90 days have elapsed since the stay was issued, the Court requests that the Government provide an update stating whether Petitioner has been released and, if not, on what basis he remains detained.

Accordingly,

**IT IS ORDERED** that Respondents are directed to file a status report regarding Petitioner's detention within seven days of entry of this order.

Dated: June 12, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE