UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IZZEDDIN AHMED ABDULGHAFFAR
DAGHRA,

    Petitioner,

v.

STEVE HINKLEY, et al.,

    Respondents.

_____/

Case No. 1:26-cv-1429

Hon. Hala Y. Jarbou

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by United States Immigration and Customs Enforcement.  An immigration judge granted Petitioner's bond request, but the Government appealed the bond order on February 23, 2026, and stayed Petitioner's release pending appeal.  *See* 8 C.F.R. § 1003.19(i).  Generally, such a stay lasts 90 days unless extended by the Board of Immigration Appeals.  *See id.* § 1003.6(c)(4).  On June 12, 2026, the Court issued an order noting that over 90 days has passed and directing Respondents to explain whether Petitioner has been released and, if not, on what basis he remains detained (ECF No. 7).  Respondents filed a status report on June 18, 2026, that suggests Petitioner is still in custody but does not articulate any legal basis for Petitioner's continued detention (ECF No. 8).  Accordingly,

**IT IS ORDERED** that Respondents must **SHOW CAUSE** by **July 6, 2026**, why the Court should not grant Petitioner's habeas petition due to Respondents' failure to provide a legal basis for Petitioner's continued detention.

Dated: June 29, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE